Patricia A. PRESCOTT,
Plaintiff-Appellant,

v.

PHH MORTGAGE CORPORATION;
Professional Foreclosure Corporation
of Virginia; Shapiro, Brown & Alt,
LLP, f/k/a Shapiro & Burson; Logs
Corporation; Gerald Shapiro, Principal; John Burson, Principal; Gerald
Alt, Principal; Kristine Brown, Principal; Sprouses Corner, L.L.C.; J. Cabell
Metts, III; R. Alan Anderson, Defendants-Appellees.

No. 17-1235

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 25, 2017

Patricia A. Prescott, Appellant Pro Se.
J.P. McGuire Boyd, Jr., WILLIAMS
MULLEN, Richmond, Virginia; John MacDonald Robb, III, LECLAIR RYAN, PC,
Richmond, Virginia; Lisa Hudson Kim,
SAMUEL I. WHITE, PC, Virginia Beach,
Virginia, for Appellees.

Before KING, AGEE, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Patricia A. Prescott appeals the district
court's order dismissing her complaint. We
have reviewed the record and find no reversible error. Accordingly, we grant leave
to proceed in forma pauperis and affirm
for the reasons stated by the district court.
*Prescott v. PHH Mortgage Corp.*, No. 3:16-cv-00288-REP, 2017 WL 510449 (E.D. Va.,
Feb. 2, 2017). In light of our decision to
affirm the judgment of the district court,
we deny Appellee PHH Mortgage Corporation's motion to dismiss. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*